Steven A. Karg, Esq.
NORRIS, McLAUGHLIN & MARCUS, P.A.
A Professional Corporation
721 Route 202-206, Suite 200
P.O. Box 5933
Bridgewater, NJ 08807
(908) 722-0700
Attorneys for Defendant Leggett & Platt, Incorporated.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| David Spade and Katina Spade, individually and as a class representative on behalf of other similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>Select Comfort Corporation d/b/a/ Sleep Number, Leggett & Platt, Incorporated and John Doe Individuals and Businesses 1–20.<br><br>Defendants. | Civil File No. 3:15-cv-01826-PGS-DEA<br><br><br>**STIPULATED ORDER OF DISMISSAL** |

It is hereby stipulated and agreed, on behalf of the respective parties, by and among Lewis G. Adler, Esq. and the Law Office of Paul DePetris, co-counsel for Plaintiffs in the captioned action ("Plaintiffs"); Oppenheimer Wolff & Donnelly LLP and Fox Rothschild, LLP, co-counsel for Defendant Select Comfort Corporation; and Norris McLaughlin & Marcus, P.A., counsel for Defendant Leggett & Platt, Incorporated; (collectively, the "Parties"):

1. That Count Three of Plaintiffs' Complaint in this matter in its entirety, and as to all parties named and/or described therein, be and hereby is dismissed, with prejudice;

2. That all claims in the captioned matter against Defendant Leggett & Platt, Incorporated, including but not limited to the aforementioned Count Three, be, and hereby are, dismissed with prejudice;

3. That Counts One and Two of the Plaintiffs' Complaint as against Select Comfort Corporation d/b/a Sleep Number and John Doe Individual and Businesses 1-20, shall remain in full force and effect notwithstanding this stipulation;

4. That all Parties shall bear their own costs.

SO ORDERED this 20 day of May, 2015.

_____
The Honorable Peter G. Sheridan, U.S.D.J.

Stipulated as to entry and form:

LEWIS G. ADLER, ESQ.
26 Newton Avenue
Woodbury, NJ 08096
Co-Counsel for Plaintiffs

By: _____
Lewis G. Adler
Dated: 5/15/15

LAW OFFICE OF PAUL DEPETRIS
703 Stokes Road. Ste. 9
Medford, NJ 08055
Co-Counsel for Plaintiffs

By: _____
Paul DePetris
Dated: 5-15-15

| | |
|---|---|
| FOX ROTHSCHILD, LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Bldg 3<br>Lawrenceville, NJ 08648-2311<br>*Co-Counsel for Defendant Select Comfort Corp.,*<br><br>By: /s/ Karen A. Confoy<br>　　　Karen A. Confoy<br><br>Dated: | NORRIS McLAUGHLIN & MARCUS, P.A.<br>721 Route 202-206, Suite 200<br>P.O. Box 5933<br>Bridgewater, NJ 08807<br>*Attorneys for Defendant Leggett & Platt, Incorporated*<br><br>By: /s/ Steven A. Karg<br>　　　Steven A. Karg<br><br>Dated: 5-20-15 |

and

Oppenheimer Wolff & Donnelly LLP
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
*Co-Counsel for Defendant Select Comfort Corp.,*