**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID SPADE and KATINA SPADE, individually and as a class representative on behalf of others similarly situated, | Civil Action No.: 15-cv-1826(PGS)(DEA) |
| Plaintiffs, | **ORDER ON MANDATE** |
| v. | |
| SELECT COMFORT CORPORATION, et al. | |
| Defendants. | |

Pursuant to the June 11, 2018 Judgment and the July 3, 2018 Mandate of the Court of Appeals for the Federal Circuit in Appeal No. 2016-1558,

IT IS on this 26th day of September 2018

ORDERED that the Order of February 29, 2016 [docket entry no. 48] hereby VACATED; and it is further

ORDERED that the Clerk of the Court reopen this matter.

_____  9/26/18
PETER G. SHERIDAN, U.S.D.J.