**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(TRENTON VICINAGE)**

| | |
|---|---|
| DAVID SPADE AND KATINA SPADE, H/W, INDIVIDUALLY AND AS A CLASS REPRESENTATIVE ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br>vs.<br><br>SELECT COMFORT CORPORATION D/B/A SLEEP NUMBER, LEGGETT & PLATT, INCORPORATED AND JOHN DOE INDIVIDUALS AND BUSINESSES 1-20,<br>Defendants. | CIVIL ACTION NO. 3:15-CV-01826-PGS-DEA<br><br>RECEIVED<br>OCT 25 2018<br>AT 8:30_____<br>WILLIAM T. WALSH —M<br>CLERK |

**ORDER GRANTING PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**LEWIS G. ADLER, ESQ.**
Attorney ID#: 023211985
26 Newton Ave.
Woodbury, NJ 08096
Tel. #: (856) 845-1968
Fax #: (856) 848-9504
Email: lewisadler@verizon.net
Co-counsel for plaintiffs

**LAW OFFICE OF PAUL DEPETRIS**
Paul DePetris
Attorney ID #: 005821996
532 Route 70 West, 2nd Flr.
Cherry Hill, NJ 08002
Tel. #: (609) 714-2020
Email: paul@newjerseylemon.com
Co-counsel for plaintiffs

| On the Brief: | Paul DePetris<br>Lewis G. Adler |
|---|---|

THIS MATTER having been opened to the Court by Lewis G. Adler and Paul DePetris, co-counsel for plaintiffs, DAVID SPADE AND KATINA SPADE, individually and as a class representative on behalf of others similarly situated, via a motion for an Order granting leave to file an amended complaint and the Court, having reviewed the moving papers submitted and any opposition thereto, and good cause having been shown:

It is on this 25th day of October, 2018 ORDERED that:

1. The instant motion of plaintiffs DAVID SPADE AND KATINA SPADE, individually and as a class representative on behalf of others similarly situated, for leave to file an amended complaint is hereby granted.*

2. Plaintiffs may file with the Court the first amended complaint in the form submitted with plaintiffs' motion for leave to file an amended complaint along with exhibits identical to the original complaint on file with the Court in this case.

FOR THE COURT

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

* TERMINATES ECF No. 56