**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
Karen A. Confoy, Esquire
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648-2311
(609) 896-3600
(609) 896-1469 (fax)

**FOX ROTHSCHILD LLP**
Andrew S. Hansen, Esquire (*pro hac vice*)
Heidi A.O. Fisher, Esquire (*pro hac vice*)
Elizabeth A. Patton, Esquire (*pro hac vice*)
Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
(612) 607-7000
(612) 607-7100 (fax)
*Attorneys for Defendant Sleep Number*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID SPADE and KATINA SPADE, H/W, Individually and as a Class Representative on Behalf of Others Similarly Situated,<br><br>  Plaintiffs,<br>v.<br><br>SELECT COMFORT CORPORATION, d/b/a SLEEP NUMBER, LEGGETT & PLATT, INCORPORATED and John Doe Individuals and Businesses 1-20,<br><br>  Defendants. | Civil Action No. 3:15-cv-01826 (PGS)(DEA)<br><br>**NOTICE OF MOTION OF APPEAL OF THE MAGISTRATE JUDGE'S OCTOBER 25, 2018 ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [ECF NO. 62] PURSUANT TO FED. R. CIV. P. 72 AND L. CIV. R. 72.1(c)**<br><br>**ORAL ARGUMENT REQUESTED**<br>Motion Date: December 3, 2018<br><br>*Document Filed Electronically* |

TO:    Lewis G. Adler, Esq.
        LAW OFFICE OF LEWIS G. ADLER, ESQUIRE
        26 Newton Avenue
        Woodbury, NJ 08096
        (856)845-1968
        (856)848-9504 fax
        Email: lewisadler@verizon.net

        Paul DePetris, Esq.
        LAW OFFICE OF PAUL DEPETRIS
        703 Stokes Rd., Ste. 9
        Medford, NJ 08055
        Tel. #: 609-714-2020
        Email: paul@newjerseylemon.com

**PLEASE TAKE NOTICE** that on December 3, 2018, or soon thereafter as counsel may be heard, Defendant Sleep Number, by and through its undersigned counsel, shall appeal by motion, pursuant to Federal Rule of Civil Procedure 72 and Local Civil Rule 72.1(c), to the Honorable Peter G. Sheridan, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Court Room 4E, Trenton, New Jersey 08608, from the October 25, 2018 Order Granting Plaintiffs' Motion for Leave to File An Amended Complaint of the Honorable Douglas E. Arpert, U.S.M.J. (ECF No. 62). The Order should be reversed because: (i) it did not include reasons or explanation for the decision; (ii) Plaintiffs' proposed amended complaint is outside the scope of the Third Circuit's remand order; (iii) Plaintiffs waived the ability to assert the claims in the proposed amendment; (iv) Plaintiffs failed to offer and do not have a compelling reason

justifying a post-judgment amendment; (v) allowing Plaintiffs to file the proposed amendment would be futile because it fails to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Sleep Number will rely on the Memorandum of Law submitted in support of this appeal. There is no transcript as no argument was heard.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  November 8, 2018

/s/ Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ  08648-2311
(609) 896-3600
(609) 896-1469 (fax)
kconfoy@foxrothschild.com

**FOX ROTHSCHILD LLP**
Andrew S. Hansen, Esquire (*pro hac vice*)
Heidi A.O. Fisher, Esquire (*pro hac vice*)
Elizabeth A. Patton, Esquire (*pro hac vice*)
Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
(612) 607-7000
(612) 607-7100 (fax)
ahansen@foxrothschild.com
hfisher@foxrothschild.com
epatton@foxrothschild.com

*Attorneys for Defendant Sleep Number*