# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATINA SPADE<br>*h/w, individually and as a class representative on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SELECT COMFORT CORPORATION, et al.<br><br>Defendants. | Civil Action No.: 15-cv-1826 (PGS)<br><br>ORDER |

A Report and Recommendation was filed on January 29, 2019 recommending that Plaintiffs' Motion for Leave to File an Amended Complaint be denied.

The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 20th day of February, 2019;

ORDERED that the Report and Recommendation of Magistrate Judge Douglas E. Arpert at docket entry 70 is hereby adopted as the opinion of the Court; and it is further

ORDERED that Plaintiffs' motion for leave to file an amended complaint is denied.

 _____
PETER G. SHERIDAN, U.S.D.J.